| | AUSA: | William Orr | Telephone: (989) 895-5712 |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Kyle Sutton | Telephone: (313) 268-0449 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America
   v.

D-1 Henri Leigh BUCKNER,
D-2 Tawan Rashawn TERRELL
D-3 Emanuel Eugene DANIELS, and
D-4 Courtney Lashaun TERRY

Case No.    1:26-mj-30222
Judge: Morris, Patricia T.
Filed: 04-23-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 2026, until April 10, 2026___ in the county of ___Saginaw___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A) | Distribution and Conspiracy to Distribute cocaine greater than five kilograms |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kyle Sutton, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___April 23, 2026___

_____
*Judge's signature*

City and state:  Bay City,  Michigan

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Kyle Sutton, being first duly sworn, hereby depose and state as follows:

## EXECUTIVE SUMMARY

1.      The Bureau of Alcohol, Tobacco, Firearms, and Explosives is conducting an investigation into the arrests of several individuals to include Henri Leigh BUCKNER (DOB xx/xx/81), Tawan Rashawn TERRELL (xx/xx/1971), Emanuel Eugene DANIELS (DOB: xx/xx/1972), and Courtney Lashaun TERRY (DOB: xx/xx/1980), involved in the Conspiracy to Distribute Cocaine. Since July 2025, law enforcement has been investigating the listed individuals based on their various involvement in the furthering of the drug trafficking organization. On April 10, 2026, multiple state and federal search warrants were executed on residences throughout the city of Saginaw associated with the members and multiple kilograms of cocaine were seized as a result.  Based on the investigation and the search warrants, BUCKNER, TERRELL, DANIELS, and TERRY are found to be in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A). – Distribution and Conspiracy to Distribute cocaine greater than five kilograms.

## INTRODUCTION AND BACKGROUND

2.      I am a Special Agent employed with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Justice Department, and have been so employed since November 7, 2016. I successfully completed the Criminal

1

Investigations Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC), Brunswick, Georgia. I also completed the Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Basic Training (SABT) National Training Academy conducted in Brunswick, Georgia. During these courses of study, I received training in the investigation of federal firearm and narcotics violations. Previously, I was a certified law enforcement officer in Michigan with the City of Saginaw Police Department and the Saginaw Township Police Department for a total of five years. During which time, I spent two years on the Bay Area Narcotics Enforcement Team (BAYANET) enforcing state narcotics and firearms violations. I personally investigated and assisted in numerous cases, which led to search warrants, arrests, prosecutions, and the seizure of large quantities of narcotics and firearms.  During my employment with ATF, I have conducted or participated in investigations related to the possession and manufacture of firearms and narcotics in violation of Titles 18, 21, and 26 of the United States Code.

3.    I make this affidavit from personal knowledge based on my participation in this investigation, and others who have personal knowledge of the events and circumstances described herein, and information gained through my review of relevant documents related to this investigation.   The information outlined below is provided for the limited purpose of establishing probable cause

2

and does not contain all details or all facts of which I am aware relating to this investigation.

## PROBABLE CAUSE

## CASE BACKGROUND - SURVEILLANCE

4.     In July 2025, ATF along with detectives with the Michigan State Police Bay Area Narcotics Enforcement Team (BAYANET) initiated an investigation into the drug trafficking of Henri BUCKNER and his associates. An ATF Confidential Source of Information (hereafter referred to as SOI-1) indicated they could purchase narcotics from associates of BUCKNER and was familiar with BUCKNER. SOI-1 stated BUCKNER was a large-scale narcotics trafficker within the city of Saginaw.

5.     Since July 2025, ATF and BAYANET have conducted both covert and physical surveillance on BUCKNER and were able to identify his vehicles utilized and current address. In February of 2026, detectives also began surveillance on TERRELL. During this surveillance, it was noted TERRELL was making short trips to the metro-Detroit area approximately once a week before returning directly to 317 North Carolina Street Saginaw, Michigan, which is the home address of DANIELS.

6.     During one of these trips in February 2026, law enforcement conducted surveillance of TERRELL both in Detroit and Saginaw. While in

Detroit, law enforcement observed TERRELL go to a residence where he obtained a gift bag which he placed in his vehicle before returning directly to Saginaw. Law enforcement established physical surveillance on 317 North Carolina Street prior to TERRELL's arrival. Detectives observed BUCKNER parked directly in front of the residence in his Silver Chevrolet Silverado bearing Michigan Registration EYK6184. As TERRELL arrived at the residence, BUCKNER exited his vehicle and removed the gift bag from TERRELL's vehicle. TERRELL departed immediately and BUCKNER took the bag into 317 North Carolina Street. After three minutes inside, both BUCKNER and DANIELS left the residence in their separate vehicle with DANIELS loading a blue suitcase in his vehicle. DANIELS was unable to be located after he departed; however, law enforcement surveilled BUCKNER directly to 620 South 17th Street, the home of TERRY, who is a known associate and girlfriend of BUCKNER.

7.     I spoke to DEA detectives who identified the residence where TERRELL has stopped at in Detroit as 6000 Hereford Street, Detroit, Michigan. They identified it as belonging to Nathaniel Boleware, a kilogram distributor of narcotics. During a previous investigation in 2020 involving BUCKNER for the distribution of narcotics, under Miranda, BUCKNER had admitted he could purchase kilogram quantities of narcotics from Boleware.

4

8. On March 12 and 13, 2026, detectives again conducted surveillance of TERRELL prior to a trip to Detroit. During this trip, law enforcement observed BUCKNER driving TERRELL's vehicle with TERRELL in the front passenger seat. Once in Detroit, BUCKNER and TERRELL met with TERRY at a residence for a short period of time. During this trip, law enforcement observed the trio stop at two residences in Detroit for short periods of time, with only BUCKNER making contact with one male. After the stops, BUCKNER, TERRY, and TERRELL stayed the night at a hotel in the area. The next morning, law enforcement conducted physical surveillance as they returned north bound to Saginaw.

9. Once in Saginaw County, TERRELL parked at the McDonalds at 3700 E Genesee Avenue, Saginaw, Michigan. A short time later, TERRY and BUCKNER parked next to TERRELL. BUCKNER exited TERRY's vehicle driver's seat and met with TERRELL at the back of the two vehicles. BUCKNER then reentered TERRY's vehicle in the passenger seat as she drove toward CubeSmart Storage Units at 3860 Dixie Highway in Saginaw, Michigan while TERRELL departed the area. TERRY drove into the storage units with BUCKNER and pulled her vehicle inside. Surveillance video from the storage units showed TERRY utilized her unit #1254 and showed her carrying a pink Bogg-style bag into the unit that appeared to be full, but when she exited the bag

5

noticeably less full. TERRY and BUCKNER were then surveilled directly to 620 South 17th where they entered the residence.

10.     Law enforcement also surveilled TERRELL after the McDonald's meeting where he went directly to 317 North Carolina and met with DANIELS. He provided DANIELS with a gift bag before departing the area. DANIELS then left the residence with a blue suitcase and went directly to 1313 Court Street in Saginaw, Michigan. He parked behind the business and remained for about 15 minutes before returning to 317 North Carolina Street where BUCKNER was now in the driveway waiting. The two men went inside the residence.

11.     On March 20, 2026, detectives again surveilled TERRELL on a trip to Detroit. Prior to the trip, law enforcement observed TERRELL meet with BUCKNER in the Speedway parking lot at 3357 Holland Avenue, Saginaw, Michigan and BUCKNER appeared to hand something to TERRELL, who placed it in his vehicle before the two departed. Law enforcement surveilled TERRELL again to Detroit where he was seen meeting with Boleware. TERRELL followed Boleware to a residence where Boleware gave TERRELL a gift bag, which TERRELL put in his vehicle before departing. TERRELL traveled back to 317 North Carolina Street and DANIELS met him outside where TERRELL gave DANIELS a bag with what appeared to be something square inside before he went into his residence and TERRELL departed.

12. On March 29, 2026, TERRELL made another trip to Detroit. Prior to leaving Saginaw, law enforcement observed TERRELL meet with BUCKNER at the Speedway again. TERRELL then went directly to Detroit and met with Boleware at a residence. Boleware had exited a residence and put something in TERRELL's vehicle before they both left and TERRELL returned to Saginaw. Meanwhile, law enforcement observed DANIELS at 1313 Court Street in Saginaw before going back to 317 North Carolina and meeting with TERRELL. When TERRELL parked at the residence, he met with DANIELS outside and gave him a black plastic bag with a square object inside consistent with that of a kilogram size narcotic. He is then observed departing and returning to the residence for a few minutes before leaving again and going to 1313 Court Street.

## APRIL 10, 2026, SEARCH WARRANTS

13. On April 10, 2026, law enforcement observed TERRELL make another trip to Detroit. As before, detectives were able to establish surveillance at the Speedway in Buena Vista Township. TERRELL met with BUCKNER who appeared to give TERRELL a bag which was consistent with a large sum of money stacked together. The two separated and TERRELL went to Detroit, Michigan for a short period of time before returning directly to 317 North Carolina Street, Saginaw, Michigan. Prior to TERRELL's arrival, law enforcement had coordinated a takedown operation for his return. Prior to TERRELL's arrival, law enforcement

observed BUCKNER park in the driveway of 317 North Carolina where he remained in his vehicle and never entered the residence. DANIELS was not home at the time. As TERRELL arrived and parked at the residence, BUCKNER exited his vehicle. TERRELL retrieved a small black plastic bag from his back seat and walked toward BUCKNER with it. As the two were within arm's reach, law enforcement arrived on scene in undercover vehicles and exited in marked police uniforms.

14.    TERRELL began to run up the driveway of 317 North Carolina and discarded the bag under a vehicle as BUCKNER began to walk away. TERRELL and BUCKNER were both taken into custody without incident. Law enforcement recovered the black bag and found a kilogram of cocaine inside of it. The suspected narcotics were field tested at the scene and TruNarc tested positive for cocaine HCL.

15.    TERRELL and BUCKNER were transported to the Saginaw City Police Department where they both declined to speak to law enforcement.

16.    Based on the seizure of narcotics adding to the probable cause for the ongoing narcotics trafficking, several subsequent state search warrants were executed.

8

## SEARCH WARRANT 317 N. CAROLINA STREET

17.     A federal search warrant had been obtained for 317 North Carolina Street, Saginaw, Michigan based on multiple controlled purchases from Emanuel DANIELS with SOI-1. ATF agents searched and secured the residence and found no one inside the residence. Agents had observed DANIELS depart the residence in his vehicle just prior to the take down of TERRELL and BUCKNER, but he did not return to the residence. Located inside of the residence agents found the blue suitcase which DANIELS was observed taking from the house following a meeting with TERRELL.

## CUBESMART SEARCH WARRANT 3870 DIXIE HIGHWAY UNIT #1254

18.     Detectives identified the Cubesmart Storage unit located at 3870 Dixie Highway, Saginaw, Michigan following a trip to Detroit in March 2026 and observed it being used by TERRY. Based on this information an investigative subpoena revealed TERRY rented unit #1254 in her name and had been for several months.

19.     Detectives obtained a state search warrant and secured the unit without incident. Detectives located a key to the unit on TERRY's key chain which was used to unlock the door with no damage to anything at the facility.

20. During the search of the unit, multiple totes, various children's items such as car seats, floor seats and children's clothing were located inside along with other miscellaneous unrelated items.

21. On the floor against the southwest wall, law enforcement found a black and yellow plastic tote, with a "skunk Sling Smell-Proof Bag" and a large quantity of scented dryer sheets. Inside the tote were two bags, a black bag with leather handles and a green backpack inside of a garbage bag. Within the bags law enforcement located seven kilograms of cocaine HCL, all of which were field tested positive for Cocaine HCL, and each weighed over 1,000 grams with packaging.

## 1313 COURT STREET

22. Law enforcement observed DANIELS utilizing 1313 Court Street Saginaw, Michigan following the surveillance of TERRELL from Detroit to DANIELS' residence at 317 North Carolina. More surveillance of the building showed DANIELS frequenting the business, but the business never appeared to be operational to the public. Furthermore, law enforcement determined the business was currently being rented by Monique Buckner, who is DANIELS' long-term girlfriend and sister to Henri BUCKNER.

23. Law enforcement executed the search warrant and found no one inside. Upon a search of the building, detectives located approximately 600 grams

10

of cocaine HCL and 36 grams of Crack Cocaine hidden in the ceiling tiles and 49 grams of crack cocaine hidden in a sock. There was also evidence of manufacturing crack cocaine and distribution within the building including plastic baggies, a pill press, digital scales which tested positive for cocaine, a microwave which also tested positive for cocaine, several boxes of baking soda, and a Pyrex Measuring cup. Based upon my training and experience, these items are indicative of the process of "cooking" powder cocaine (cocaine HCL) into crack cocaine (cocaine base). The Cocaine HCL and Crack Cocaine were all field tested and tested positive for the same. It should be noted there was also mail addressed to "Monique Buckner" at 317 North Carolina Street as well as mail to "Mannie D" at 317 North Carolina Street.

## 620 SOUTH 17th SEARCH WARRANT

24.     Law enforcement obtained a search warrant for 620 South 17th Street as detectives had seen him utilize this address on multiple occasions. While surveillance was established on the residence as the warrant was being reviewed, detectives observed BUCKNER's brother pulling into the driveway at a high rate of speed and speaking to TERRY in the doorway. He then left quickly as did TERRY after her daughter arrived to watch a juvenile that was inside the home. As TERRY quickly left, she was stopped by law enforcement and detained pending the search warrant and to avoid the destruction of evidence.

11

25.     Detectives located approximately $16,000 in the safe in the residence. TERRY claimed the currency was hers; however, detectives noted the currency was wrapped in $1,000 increments in a band. The same style band was found on the US Currency that was located on TERRELL at the time of the arrest. BUCKNER was also observed stopping at 620 South 17th Street, just prior to meeting with TERRELL for several minutes.

26.     Throughout the investigation, it has been the belief of law enforcement BUCKNER had been distributing narcotics throughout the city of Saginaw at the kilogram level. Based on the surveillance and subsequent investigation, it appears BUCKNER was in fact distributing kilogram quantities of cocaine and utilizing several individuals to further his efforts in an attempt to evade detection by law enforcement. DANIELS distributed Cocaine Base (Crack cocaine) and allowed BUCKNER to utilize his residence to facilitate the delivery of narcotics from TERRELL, by either receiving the narcotics personally or allowing BUCKNER to obtain them as he did on April 10, 2026. TERRY allowed BUCKNER to utilize her storage facility and put narcotics within the facility to attempt to keep them hidden.

27.     Based on the foregoing, I have probable cause to believe that between February 2026 and April 10, 2026, BUCKNER, DANIELS, TERRY, and TERRELL were involved in a Conspiracy to Distribute Cocaine, in the Eastern

District of Michigan, in violation of 21 U.S.C. § 846 and 21 U.S.C. § (b)(1)(A). –

Distribution and Conspiracy to Distribute cocaine greater than five kilograms.

Respectfully submitted,

_____
Kyle Sutton, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. PATRICIA MORRIS
UNITED STATES MAGISTRATE JUDGE

13